HON JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 20-CR-217-JCC-4 |
| v. | ) [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |
| JOSE LUIS ARREDONDO-VALDEZ, | ) |
| Defendant. | ) |

Defense counsel having filed a motion for leave to withdraw (Dkt. No. 709), and good cause having been presented for the motion, it is hereby ORDERED that Allen R. Bentley is permitted to withdraw as counsel for the defendant Jose Luis Arredondo-Valdez.

DONE this 5th day of December 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

---------------------------------
ALLEN R. BENTLEY
WSBA No. 12275

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW - 1