UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ARREDONDO-VALDEZ,<br><br>Defendant. | NO. CR20-0217-JCC-4<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. $68,610 in United States currency, seized on or about December 16, 2020, from a red Infiniti sedan;

2. One Taurus 1911 Commander .45 cal. pistol, bearing serial number NMT41658;

3. One gold-plated Colt 1911 .45 cal. pistol, bearing serial number GV208581;

4. One Pistola Vilar 7.65 cal. pistol, bearing serial number 55553;

5. One S.C. Nova Grup S.R.L. NAK-9 9mm Pistol, bearing serial number RON2043884, with oil can suppressor;

6. One Colt 1911 .45 cal. pistol, bearing serial number CCS024792;

~~Proposed~~ Final Order of Forfeiture - 1
*United States v. Arredondo-Valdez,* CR20-217-JCC-4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. One Kimber Micro Carry STS .380 cal. pistol, bearing serial number T0012683; and

8. Any associated ammunition and firearm accessories.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 20, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 602);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 616) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (see Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A-G); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

//

//

~~Proposed~~ Final Order of Forfeiture - 2
*United States v. Arredondo-Valdez,* CR20-217-JCC-4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


DATED this 18th day of April 2024.

![signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

~~Proposed~~ Final Order of Forfeiture - 3
*United States v. Arredondo-Valdez,* CR20-217-JCC-4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970